IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02730-BNB

EDWARD PETER CONYAC,

    Plaintiff,

v.

DR. NOONAN, D.R.D.C., General Practitioner,
DEANNE ROMERO, D.R.D.C., Physician Asst.,
JESSICA ZAINES, D.R.D.C. Nurse Practitioner,
FRED HUDSON, D.R.D.C. Nurse,
JANE DOE #1, D.R.D.C. Nurse,
JANE DOE #2, D.R.D.C. Nurse, and
JANE DOE #3, D.R.D.C. Nurse,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 22, 2012, at Denver, Colorado.

                                  BY THE COURT:

                                  s/ Boyd N. Boland
                                  United States Magistrate Judge