IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02730-PAB-CBS

EDWARD PETER CONYAC,
    Plaintiff,

DR. NOONAN, D.R.D.C., General Practitioner,
DEANNE ROMERO, D.R.D.C., Physician Assistant,
JESSICA ZAINES, D.R.D.C., Nurse Practitioner,
FRED HUDSON, D.R.D.C.,, Nurse, JANE DOE #1,
D.R.D.C., Nurse, JANE DOE #2, D.R.D.C., Nurse,
and JANE DOE #3, D.R.D.C., Nurse,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT HUDSON ONLY**
_____

THIS MATTER comes before the Court upon the Joint Stipulated Motion to Dismiss All Claims Against Defendant Hudson [Docket No. 30]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Joint Stipulated Motion to Dismiss All Claims Against Defendant Hudson [Docket No. 30] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant Fred Hudson only are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED July 16, 2012.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge