**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02730-PAB-CBS

EDWARD PETER CONYAC,

     Plaintiff,

DR. NOONAN, D.R.D.C., General Practitioner,
DEANNE ROMERO, D.R.D.C., Physician Assistant,
JESSICA ZAINES, D.R.D.C., Nurse Practitioner,
JANE DOE #1, D.R.D.C., Nurse,
JANE DOE #2, D.R.D.C., Nurse, and
JANE DOE #3, D.R.D.C., Nurse,

     Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Accepting Magistrate Judge's Recommendation [Docket No. 46] of Judge Philip A. Brimmer entered on August 16, 2013 it is

**ORDERED** that the Recommendation of United States Magistrate Judge Craig B. Shaffer [Docket No. 45] is ACCEPTED. It is

**FURTHER ORDERED** that this case is dismissed without prejudice for failure to effect service of process, failure to identify anonymous parties, and failure to prosecute. Accordingly, FINAL JUDGMENT is hereby entered in favor of the defendants and against Plaintiff Conyac.

Dated at Denver, Colorado this 21st day of August, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler, Deputy Clerk